Forster Vinegar Company, Respondent, v. Joseph Guggemos, Appellant.

St. Louis Court of Appeals, February 1, 1887.

Jurisdiction, Appellate—Appeals.—An appeal by a defendant from a judgment in a counter-claim involving more than twenty-five hundred dollars should be taken to the supreme court.

Appeal from the St. Louis Circuit Court, W. H. Horner, Judge.

*Transferred to the supreme court.*

Thomas A. Russell, for the appellant.

Muench & Cline, for the respondent.

Thompson, J., delivered the opinion of the court.

This was an action on an account for goods sold and delivered. The answer admits the purchase of the goods at the price stated in the petition, sets up by way of counter-claim that the defendant has been damaged in the sum of ten thousand dollars, by reason of the goods not being of the quality represented, and asks judgment against the plaintiff for this sum. At the trial in the circuit court, the plaintiff had a verdict and judgment against the defendant on the plaintiff's cause of action, and also on the defendant's counter-claim. The whole controversy was upon the counter-claim. In respect of that, the defendant stood before the court in the substantial attitude of plaintiff, and appeals from the judgment against him in respect of his whole claim. The amount in controversy, being, then, ten thousand dollars, we have no jurisdiction of the appeal, and it is ordered that the case be transferred to the supreme court. All the judges concur.